IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JENNIFER BARBER HAMBLIN, )
)
    Plaintiff, )
)
v. ) NO. 3:08-00196
) JUDGE HAYNES
ITT EDUCATIONAL SERVICES, INC. )
d/b/a/ ITT TECHNICAL INSTITUTE, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to supplement Plaintiff's response to summary judgment (Docket Entry No. 64) is **GRANTED**. Additionally, Defendant's motion for summary judgment (Docket Entry No. 43) is **GRANTED**. Plaintiff's claims are hereby **DISMISSED** with prejudice.

Accordingly, Defendant's motion in limine (Docket Entry No. 62) and Defendant's motion to continue pretrial deadlines, pretrial conference and trial (Docket Entry No. 74) are **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of June, 2009.

                                                  WILLIAM J. HAYNES, JR.
                                                United States District Judge